# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDITHA SALVADOR,<br><br>  Plaintiff<br><br>v.<br><br>MERIDIAS CAPITAL, et al.,<br><br>  Defendants | Case No.: 2:21-cv-01732-APG-NJK<br><br>**Order Denying Motion to Dismiss as Moot**<br><br>[ECF No. 11] |

In light of the amended complaint (ECF No. 18),

I ORDER that defendant Quality Loan Service Corporation's motion to dismiss **(ECF No. 11) is DENIED as moot** because it is directed at the original complaint.

DATED this 22nd day of October, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE