# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDITHA SALVADOR,<br><br>    Plaintiff<br><br>v.<br><br>MERIDIAS CAPITAL, et al.,<br><br>    Defendants | Case No.: 2:21-cv-01732-APG-NJK<br><br>**Order Denying Motions for Entry of Default and Default Judgment**<br><br>[ECF Nos. 37, 38] |

Plaintiff Editha Salvador moves for entry of default and for default judgment against defendants Countrywide Home Loans, Inc., Bank of America, N.A., and Mortgage Electronic Registration Systems, Inc. (MERS). ECF Nos. 37, 38.  I deny the motions because Salvador did not properly serve these defendants with the original complaint by serving their last known counsel. *See* ECF No. 4; Fed. R. Civ. P. 4.  Salvador presents no evidence that these defendants authorized counsel to accept service on their behalf.  Salvador filed additional affidavits showing service on Bank of America and MERS in late October 2021. ECF No. 34.  These defendants appeared and joined another defendant's motion to dismiss within days of Bank of America and MERS being served. *See* ECF No. 29.  Consequently, they are not in default.

I THEREFORE ORDER that plaintiff Editha Salvador's motions for entry of default and default judgment **(ECF Nos. 37, 38) are DENIED**.

DATED this 30th day of November, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE