UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDITHA SALVADOR, | Case No.: 2:21-cv-01732-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| MERIDIAS CAPITAL, et al., | |
| Defendants | |

    I previously dismissed all defendants except Meridias Capital. ECF No. 68.  I also directed plaintiff Editha Salvador to either (1) dismiss her claims against Meridias, (2) file a new motion for default judgment against Meridias, or (3) file a brief explaining how she intends to proceed against Meridias. *Id.* at 10.  I advised Salvador that if she failed to do this by July 20, 2022, I would dismiss her claims against Meridias and close this case. *Id.* at 11.  Salvador did not respond.

    I THEREFORE ORDER that plaintiff Editha Salvador's claims against defendant Meridias Capital are dismissed without prejudice.  The clerk of court is instructed to close this case.

    DATED this 2nd day of August, 2022.

                                            ANDREW P. GORDON
                                            UNITED STATES DISTRICT JUDGE